# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

ANTHONY JACKSON

    vs.              Plaintiff

                                    CASE NUMBER: 5:10-CV-1379
                                                      (DNH/DEP)

MICHAEL J. ASTRUE,
Commissioner of Social Security

                            Defendant

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that upon consent of the parties the final decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence four of 42 U.S.C. § 405(g). This action is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable United States Magistrate Judge David E. Peebles, dated the 6th day of July, 2011.

DATED: July 6, 2011

                                                                 Clerk of Court

                                                     s/
                                               Melissa Ennis
                                               Deputy Clerk